# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **McARTHUR PEAKE, JR.,** ) | |
| ) | |
| **Petitioner,** ) | |
| ) | |
| vs. ) | **Civil Action No. CV 03-S-2781-S** |
| ) | |
| **WARDEN RALPH HOOKS and** ) | |
| **THE ATTORNEY GENERAL FOR** ) | |
| **THE STATE OF ALABAMA,** ) | |
| ) | |
| **Respondents.** ) | |

## MEMORANDUM OF OPINION

The court has considered the entire file in this action together with the Magistrate Judge's Report and Recommendation and has reached an independent conclusion that the Magistrate Judge's Report and Recommendation is due to be adopted and approved. The court hereby adopts and approves the findings and recommendation of the magistrate judge as the findings and conclusions of the court. In accordance with the recommendation, this petition for writ of habeas corpus is due to be denied and dismissed with prejudice. An appropriate order will be entered.

**DONE** this 20th day of January, 2006.

_____
United States District Judge

Case 2:03-cv-02781-CLS-JEO   Document 16   Filed 01/23/06   Page 2 of 2